UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

JEFFREY PAUL O'BRIEN, *et alii*, :

:
      Plaintiffs,
:
versus                          Civil Action No.: _____
:
THE ISLAMIC REPUBLIC OF IRAN, *et alii*,
:

      Defendants. :

### *PLAINTIFFS' EX PARTE MOTION FOR WAIVER OF APPLICABILITY OF LOCAL CIVIL RULE 5.1 (e)*

COMES NOW, before this Honorable Court, your plaintiffs in respect of the above-encaptioned action, by and through their undersigned attorney and counsellor, and herewith move this Honorable Court for the issuance forthwith of an appropriate Order waiving the requirements of Local Rule 5.1 (e) with respect to the requirement set forth in said Rule that the "full residence address of the party" be included on the caption of the initial pleading, and, in support of the instant Motion, your plaintiffs would refer this Honorable Court to the following exigent circumstances, *viz*.:

1. That the instant acton is brought by persons who were members of the United States Marine Corps, on 23 October 1983, who suffered injury in a terrorist attack on the Marine barracks then situate in Beirut, Lebanon, on said date, or else the family members of such Marines;

2. That , as will be more fully developed in the course of this litigation, many of the plaintiffs herein continue to suffer severe posttraumatic emotional disorders dating from the attack of 23 October 1983;

3. That other plaintiffs hereto are fearful that the public listing of their respective addresses will subject them to possible reprisal attacks from terrorist groups controlled by and/or supported by the Islamic Republic of Iran, or else other, sympathetic extremist organizations;

4. That terrorist attacks by groups controlled and/or supported by the Islamic Republic of Iran have resulted in the deaths of more than one thousand (1,000) American citizens around the world since 1979; accordingly, the fears of your plaintiffs clearly have a factual basis;

5. That the plaintiffs in Civil Nos. 1:01cv02094, 1:01cv02684, & 06cv00616, *id est,* other cases pending before this Honorable Court arising out of the same occurrence as alleged in the *Complaint* in this action, have requested and been granted the relief requested by this filing;

6. That the proposed Order submitted with this Motion would require the filing under seal of a lis containing the respective names and addresses of all plaintiffs within thirty (30) days of the entry date of such Order, which proposed modality would afford this Honorable Court the information required by Local Rule 5.1 (e); &

7. That, given the impendency of the running of the applicable Statute of Limitations (24 April 2006), your plaintiffs need the issuance of the relief requested herein forthwith so that process may be expeditiously caused to issue.

WHEREFORE, your plaintiffs pray that the instant Motion be granted and that this Honorable Court forthwith enter the proposed Order submitted herewith.

Respectfully submitted,

JOSEPH PETER DRENNAN
District of Columbia Unified
Bar No. 358196
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Telephone: (703) 519-3773
Facsimile: (703) 548-4399
E-Mail: joseph@josephpeterdrennan.com

ATTORNEY AND COUNSELLOR
FOR PLAINTIFFS

-2-