UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

JEFFREY PAUL O'BRIEN, *et alii*,  :

               **Plaintiffs**,  :

versus    Civil Action No.: _____

THE ISLAMIC REPUBLIC OF IRAN, *et alii*,  :

               **Defendants.**  :

*PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR WAIVER OF APPLICABILITY OF LOCAL CIVIL RULE 5.1 (e)*

COMES NOW, before this Honorable Court, your plaintiffs in respect of the above-encaptioned action, by and through their undersigned attorney and counsellor, and herewith direct this Honorable Court to the following Points and Authorities in Support of their Ex Parte Motion for Waiver of Applicability of Local Rule 5.1 (e), *viz.*:

1. The facts and circumstances set forth in ramified fashion in the accompanying Motion;
2. The provisions of Local Rule 5.1 (e);
3. The interests of justice;
4. The record herein.

Respectfully submitted,

*/s/ Joseph Peter Drennan*
JOSEPH PETER DRENNAN
District of Columbia Unified
Bar No. 358196
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Telephone: (703) 519-3773
Facsimile: (703) 548-4399
*E-Mail: joseph@josephpeterdrennan.com*

ATTORNEY AND COUNSELLOR
FOR PLAINTIFFS