UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

**JEFFREY PAUL O'BRIEN,** *et alii,*      :

:

**Plaintiffs,**

:

versus                           Civil Action No.: 06-690 (RCL)

:

**THE ISLAMIC REPUBLIC OF IRAN,** *et alii,*

:

**Defendants.**              :

*PLAINTIFFS' VERIFIED STATUS MEMORANDUM RESPECTING EFFORTS TO SERVE DEFENDANTS PURSUANT TO 14 NOVEMBER 2006 ORDER OF COURT [DOCUMENT 5]*

COMES NOW, before this Honorable Court, your plaintiffs in respect of the above-encaptioned cause, *viz.,* JEFFREY PAUL O'BRIEN, *et alii,* by and through their undersigned counsel, *viz.,* Joseph Peter Drennan, and pursuant to, *inter alia,* this Honorable Court's Order of 14 November 2006 [Document No. 5], respectfully, to set forth their status memorandum in respect of efforts thus far to effect service of process upon your defendants by stating unto this Honorable Court as follows, *viz.*:

1. That, on 17 April 2006, your plaintiffs, through undersigned counsel, and, pursuant to the provisions of F. R. Civ. P. 3, *inter alia,* commence the instant cause by filing herein their Complaint for Damages against your defendants, *viz.*, the Islamic Republic of Iran and the Iranian Ministry of Information and Security [Document No. 3];

2. That, upon the filing of the said Complaint, this Honorable Court did issue a respective Summons as to each of your defendants;

3. That, upon the issuance of process against each of your defendants, by the Clerk of this Honorable Court, as adverted to *supra,* the undersigned caused to be mailed, to each of your defendants, by carriage of DHL Express ® courier service, the following papers, *viz.*: (a.) Summons &

1

Complaint; (b.) Notice of Right to Consent to Trial Before a United States Magistrate Judge; (c.) Motion & Memorandum [Document No. 1] and signed Order [Document No. 2] granting Motion of Plaintiffs for Waiver of Local Civil Rule 5.1 (e); (d.) Notice of Related Civil Case [Document No. 4]; (e.) Notice of Suit; & (f.) True and correct, corresponding translations of the aforesaid papers (a.-e.) into the official language and script of the Islamic Republic of Iran, *id est,* the *lingua franca* of its people, *viz.,* Persian (*Farsi*)[1], as evinced by the corresponding International Shipment Waybills for each such shipment, true copies of which are filed herewith, and incorporated herewith as if set out in full herein, *qua* "Exhibit '1'" & "Exhibit '2'", respectively;

   4. That the undersigned has subsequently learned that each of your defendants has refused delivery of the subject DHL ® shipments of court process and related papers, as evinced by the corresponding tracking results detail for the same, true copies of which are filed herewith, and incorporated herewith by reference, as if set out in full herein, *qua* "Exhibit '3'" & "Exhibit '4'", respectively;

   5. That, based upon information garnered from several telephone conversations with DHL ® personnel, in conjunction with appropriate interpretation of the aforesaid tracking results, the undersigned has deduced that, in all likelihood, the process destined for your defendant known as the Iranian Ministry of Information and Security actually reached Tehran, with the said defendant refusing delivery, whereas, with regard to the corresponding DHL ® shipment addressed to your defendant known as the Islamic Republic of Iran, said latter shipment was refused entry to Iran due to an intervening edict from the Iranian Government to DHL ® prohibiting the entry into Iran of courier shipments of any sort originating from the United States of America;

   6. That, in light of the foregoing existent circumstances, the undersigned is presently preparing a Motion for Substitute Service of Process upon each defendant by way of the United States Department of State; &

---

1  Constitution of the Islamic Republic of Iran, Article 15, which was approved on the twenty-fourth day of *Aban* in the year 1358 of the solar Islamic calendar, corresponding to the twenty fourth day of *Dhilhijja* in the year 1399 of the lunar Islamic calendar, *id est* 15 November 1979, on the Gregorian calendar.

7. That I, Joseph Peter Drennan, undersigned, do certify, hereby and herewith, under the penalties of perjury, that the foregoing is accurate, true & correct, upon my own belief, information and knowledge.

                                  Respectfully submitted,

                                   /s/ Joseph Peter Drennan
                                  JOSEPH PETER DRENNAN
                                  218 North Lee Street
                                  Third Floor
                                  Alexandria, Virginia 22314
                                  Telephone: (703) 519-3773
                                  Telecopier: (703) 548-4399
                                  *E-Mail: joseph@josephpeterdrennan.com*

                                  ATTORNEY AND COUNSELLOR
                                   FOR PLAINTIFFS