Process and Track your shipment online: **http://www.dhl.com**

**DHL**
**EXPRESS**

INTERNATIONAL
**WAYBILL** (Non-negotiable)

ORIGIN: IAA
DESTINATION CODE

780 4625 894

1 of 1

**1 | Payer account number and shipment value protection details**

Charge to ☐ Shipper  ☐ Receiver  ☐ 3rd Party

☐ Cash
☐ Check
☐ Credit Card

Payer Account No.

**Shipment Value Protection (see reverse)**

☐ Yes Declared Value for Carriage (in US $) _____

Not all payment options are available in all countries.

**2 | From (Shipper)**

Shipper's Account Number

Contact Name: Joseph Peter Brennan

Shipper's Reference (up to 35 characters)

Company Name: Joseph Peter Brennan, Attorney-at-Law

Address: 218 North Lee Street
Alexandria, Virginia 22314
U.S.A.

Post/ZIP Code (required): 22314

Phone, Fax, or E-mail (required): joseph@josephpeterbrennan.com

**3 | To (Receiver)**

Company Name: Iranian Ministry of Information and Security

Contact Person:

Delivery Address DHL Cannot Deliver to a PO Box:
Pasdaran Avenue
Golestan Yekom

Country: IRAN

Post/ZIP Code (required): 22314

Phone, Fax, or E-mail (required):

IIIIIIIIIIIIIIII
7904625894

**4 | Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Dimensions (in inches) | | |
|---|---|---|---|---|---|
| | | | Length | Width | Height |
| 1 | XD | | @ | x | x |
| | lbs | | @ | x | x |
| | | | @ | x | x |

**5 | Full Description of Contents**

Give Content and Quantity

38 pages of legal documents

**6 | Dutiable Shipments Only (Customs requirement)**

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) (as on commercial/proforma invoice)

Schedule B Number / Harmonized Code (if applicable)

AES TRANSACTION NUMBER

Destination Duties/Taxes If left blank, Receiver pays duties/taxes.

TYPE OF EXPORT
☐ Permanent  ☐ Repair/Return  ☐ Temporary

☐ Receiver  ☐ Shipper  ☐ Other_____
Specify approved account number

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 | Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required): Joseph Peter Brennan   Date: 21 / 04 / 2006

**8 | Products & Services**

Not all products or service options are available to/from all locations.

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other____

Service Options (extra charges may apply)
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
Other____

Global Mail
☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard
Other____

**DIMENSIONAL/CHARGEABLE WEIGHT**

_____ lbs

**SERVICES | CHARGES**

Drop Box #

TOTAL: 41.59

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.: Check #1326
Type:            Expires
Auth.:

PICKED UP BY

Route No.: 8

Time            Date

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy