Contact Us | Sitemap



Ship | Track | Services | About DHL | Help

DHL USA Home    DHL Global



# Track results detail

Tracking results detail for 7804625916 ▶ Help

**Tracking summary**

| Current Status | ( Recipient refused delivery. |
| Returned on: | 07 |

**Track**

- ▶ Track by number
- ▶ Track by reference
- ▶ Get delivery signature
- ▶ Track DHL Same Day service
- ▶ Monitor shipments with DHL ProView

## Tracking history ▶ Help

| Date and Time | Status | Location |
|---|---|---|
| 5/6/2006  2:35 pm | Recipient refused delivery. Picked Up by DHL. | |

**Ship From:**
DHL EXPRESS
Springfield, VA  22151
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date:
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference:
Service: International
Special Service:
Description:

Attention:
DHL EXPRESS

Attention:

## Log in to DHL

User ID [            ]
Password [            ]
☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

Tracking detail provided by DHL: 11/29/2006, 12:09:20 pm pt.

Track new shipment ▶

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2006 DHL International, Ltd. All Rights Reserved.