


Contact Us | Sitemap

DHL USA Home    DHL Global



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments with DHL ProView

**Log in to DHL**

User ID [    ]
Password [    ]
☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

## Track results detail

### Tracking results detail for 7804625894    ▶ Help

**Tracking summary**

Current Status        🚚 In transit.

### Tracking history    ▶ Help

| Date and Time | | Status | Location |
|---|---|---|---|
| 4/27/2006 | 1:32 am | In transit. | Wilmington, OH |
| 4/26/2006 | 6:56 am | Clearance Delay | Wilmington, OH |
|  | 1:55 am | In transit. | Wilmington, OH |
|  | 1:03 am | Arrived at DHL facility. | Wilmington, OH |
| 4/25/2006 | 8:29 pm | Depart Facility. | Guadalajara, Mexico |
|  | 11:42 am | Shipment has arrived at a DHL facility and is transferring to its final destination. | Guadalajara, Mexico |
|  | 10:09 am | Arrived at DHL facility. | Guadalajara, Mexico |
|  | 5:31 am | Depart Facility. | Wilmington, OH |
|  | 2:23 am | In transit. | Wilmington, OH |
| 4/24/2006 | 3:50 pm | Depart Facility. | Guadalajara, Mexico |
|  | 12:40 pm | Recipient refused delivery. | Guadalajara, Mexico |
|  | 11:45 am | Shipment has arrived at a DHL facility and is transferring to its final destination. | Guadalajara, Mexico |
| 4/22/2006 | 10:49 am | Processed for clearance | Guadalajara, Mexico |
|  | 6:53 am | Clearance Delay | Wilmington, OH |
|  | 2:10 am | In transit. | Wilmington, OH |
| 4/21/2006 | 7:59 pm | Departing origin. | Arlington, VA |
|  | 7:34 pm | Picked Up by DHL. | |

**Ship From:**
JOSEPH PETER DRENNAN
Alexandria, VA  22314
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 4/21/2006
Pieces: 1
Total weight: 1 lb *

Ship Type: Letter
Shipment Reference:
Service: International Express
Special Service:
Description:

Attention:
JOSEPH PETER DRENNAN

Attention:

Tracking detail provided by DHL: 11/29/2006, 12:11:30 pm pt.

Track new shipment ▶

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2006 DHL International, Ltd. All Rights Reserved.