# DHL EXPRESS INTERNATIONAL WAYBILL (Non-Negotiable)

Process and Track your shipment online: http://www.dhl.com

**Waybill No:** 780 4625 916

**ORIGIN:** DCA
**DESTINATION CODE:**

## 1. Payer account number and shipment value protection details
Charge to: ☐ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No.: _____
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
☐ Cash  ☐ Check  ☐ Credit Card
Not all payment options are available in all countries.

## 2. From (Shipper)
Shipper's Account Number: _____
Contact Name: Joseph Peter Drennan
Shipper's Reference (up to 35 characters): _____
Company Name: Joseph Peter Drennan, Attorney-at-Law
Address: 218 North Lee Street, Alexandria, Virginia 22314, U.S.A.
Post/ZIP Code (required): 22314
Phone, Fax, or E-mail (required): joseph@josephpeterdrennan.com

## 3. To (Receiver)
Company Name: The Islamic Republic of Iran
Contact Person: Ministry of Foreign Affairs
Delivery Address (DHL Cannot Deliver to a PO Box): Khomeini Avenue, United Nations Street, Tehran
Country: Iran
Post/ZIP Code (required): _____
Phone, Fax, or E-mail (required): _____

## 4. Shipment Details
Total number of packages: 1
Total Weight (If DHL Express Document packaging used, enter XD): XD
Dimensions (in inches): _____

## 5. Full Description of Contents
Give Content and Quantity: 38 pages of legal documents

## 6. Dutiable Shipments Only (Customs requirement)
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable): _____
Receiver's VAT/GST or Shipper's EIN/SSN: _____
Declared Value for Customs (in US $) (as on commercial/proforma invoice): _____
Schedule B Number / Harmonized Code (if applicable): _____
AES TRANSACTION NUMBER: _____
TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver  ☐ Shipper  ☐ Other _____

## 7. Shipper's Authorization (signature required)
Signature (required): Joseph Peter Drennan
Date: 21/04/2006

## 8. Products & Services
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other

Service Options (extra charges may apply):
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
Other: _____

Global Mail:
☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard
Other: _____

**DIMENSIONAL/CHARGEABLE WEIGHT:** _____ lbs

**SERVICES / CHARGES**

Drop Box #: _____
**TOTAL: 46.59**

TRANSPORT COLLECT STICKER No.: _____

**PAYMENT DETAILS (Check, Card No.)**
No.: CK # 1326
Type: _____  Expires: _____
Auth.: _____

PICKED UP BY: _____
Route No.: 6UP
Time: 1930  Date: 4-21

Shipper's Copy