

December 5, 2006

Attention: Mr. Drennan
218 North Lee St.
Alexandria, VA 22314
Fax: 703-548-4399

Airwaybill:        7804625916
Date Shipped:      April 21, 2006
Shipper:           Mr. Drennan
Consignee:         Iranian Foreign Ministry
Country            Iran

Dear Mr. Drennan,

In response to your inquiry concerning the above referenced shipment, DHL Express has traced this shipment through our shipping cycle and has ascertained the following:

This package was delivered on May 10, 2006 at 3:00 PM and was signed for by SHOJAEI. Due to the length of time since delivery, the details are no longer available on our website. The temporary suspension of shipments to Iran as of April 25, 2006 did not affect the delivery status of your package.

DHL sincerely regrets any inconvenience that may have resulted with regards to this shipment. We value our relationship with our customers and hope you will allow us to continue providing services to your company.

Sincerely,

Mark Loomis
Shipment Inquiry Representative
877-297-6031 x4583

1144 W. Washington St.         Phone: +1 800 225-5345
Tempe, AZ 85281                www.dhl.com