UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

**JEFFREY PAUL O'BRIEN,** *et alii,*                :

                                                                              :

                    **Plaintiffs,**

                                                                              :

  versus                                                        Civil Action No.: 06-690 (RCL)

                                                                              :

**THE ISLAMIC REPUBLIC OF IRAN,** *et alii,*

                                                                              :

                    **Defendants.**                         :

*VERIFIED RETURN OF SERVICE AS TO DEFENDANT THE ISLAMIC REPUBLIC OF IRAN*

   I, Joseph Peter Drennan, do solemnly declare, under the penalties of perjury, as follows, *viz.*:

   1. That I am counsel of record for the plaintiffs in respect of the above-encaptioned matter;

   2. That, on 21 April 2006, I caused to be mailed to The Islamic Republic of Iran, a defendant in respect of the instant action, by way of DHL International Courier Service[1] (DHL International Shipment Waybill No. 780 4625 916),  the following documents , *viz.*: (a.) Summons and Complaint; (b.)  Notice of Right to Consent to Trial Before a United States Magistrate Judge; (c.) Motion & Memorandum [Document No. 1]and signed Order [Document No. 2] granting Motion of Plaintiffs for Waiver of Local Civil Rule 5.1 (e); (d.) Notice of Related Civil Case [Document No. 4]; (e.) Notice of Suit; & (f.) True and correct, corresponding translations of the aforesaid papers (a.-e.) into the official language and script of the Islamic Republic of Iran, *id est,* the *lingua franca* of its people, *viz.,* Persian (*Farsi*)[2], as evinced by the corresponding International Shipment Waybill for such shipment, a true true copy of which is filed herewith, and incorporated herewith as if set out  in full herein, *qua* "Exhibit '1'";

---

1  Upon information and belief, throughout all periods relevant herein, DHL International Courier Service has been the only commercial courier service providing document delivery service between the United States of America and the Islamic Republic of Iran, save a brief period commencing on or about 25 April 2006, where DHL shipments from the United States of America to the Islamic Republic of Iran were temporarily suspended.

2  Constitution of the Islamic Republic of Iran, Article 15, which was approved on the twenty-fourth day of *Aban* in the year 1358 of the solar Islamic calendar, corresponding to the twenty fourth day of *Dhilhijja* in the year 1399 of the lunar Islamic calendar, *id est* 15 November 1979, on the Gregorian calendar.

3. That, in the course of my initial follow up in respect of said shipment, *inter alia,* I consulted the on-line DHL tracking system, over the Internet, and spoke with DHL personnel over the telephone; from said queries, I initially deduced that delivery of said shipment was refused by defendant The Islamic Republic of Iran, on or about 6 May 2006, and so reported such occurrence to this Honorable Court in the Plaintiffs' Verified Status Memorandum Respecting Efforts to Serve Defendants (With Process), filed herein, on 29 November 2006 [Document No. 6];

4. That, subsequent to the submission of the Status Memorandum referenced in the foregoing paragraph, I learned from Mark Loomis, a Shipment Inquiry Representative for DHL, that, per his detailed investigation respecting the subject shipment, he (*id est,* the said Mr. Loomis) learned that, although, as earlier reported, defendant The Islamic Republic of Iran, Ministry of Foreign Affairs, did, apparently, refuse to take delivery of the subject shipment on 6 May 2006, DHL thereupon made a successive attempt at delivery of the subject item, such that, on 10 May 2006, the subject shipment was successfully delivered; annexed hereunto, and incorporated herewith, by reference thereto, as if set out in full, *qua* "Exhibit '2'", is a true copy of certain correspondence received from the said Mr. Loomis, on 5 December 2006, confirming the delivery of the subject shipment;

5. That annexed hereunto, and incorporated herewith, by reference thereto, as if set out in full, *qua* "Exhibit '3'", is a true copy of of the DHL "GlobalTrack" business record, memorializing that, as adverted to in the foregoing paragraph, the subject process was, indeed, successfully delivered to its intended recipient, *viz.,* The Islamic Republic of Iran, Ministry of Foreign Affairs, on 10 May 2006, at 3:00, *P.M.* (G.M.T. +3 hours), and signed for by "*SHOJAEI* (*sic.*)"; &

6. That, for the foregoing reasons, I hereby certify that your defendant known as The Islamic Republic of Iran was duly served with process, pursuant to the provisions of F. R. Civ. P. 4, on 10 May 2006.

I, Joseph Peter Drennan, undersigned, hereby and herewith declare and certify, under the penalties of perjury, that the foregoing is true and correct.

Dated: 7 December 2006

                                              Respectfully submitted,

                                              /s/ Joseph Peter Drennan
                                              JOSEPH PETER DRENNAN
                                              218 North Lee Street
                                              Third Floor
                                              Alexandria, Virginia 22314
                                              Telephone: (703) 519-3773
                                              Telecopier: (703) 548-4399
                                              *E-Mail: joseph@josephpeterdrennan.com*

                                              ATTORNEY AND COUNSELLOR
                                               FOR PLAINTIFFS