# DHL EXPRESS INTERNATIONAL WAYBILL (Non-Negotiable)

Process and Track your shipment online: http://www.dhl.com

**Waybill No:** 780 4625 916
**ORIGIN:** DCA

## 1. Payer account number and shipment value protection details
- Charge to: ☐ Shipper  ☐ Receiver  ☐ 3rd Party
- Payer Account No.: _____
- Shipment Value Protection (see reverse)
- ☐ Yes  Declared Value for Carriage (in US $) _____
- ☐ Cash  ☐ Check  ☐ Credit Card
- Not all payment options are available in all countries.

## 2. From (Shipper)
- Shipper's Account Number: _____
- Contact Name: Joseph Peter Drennan
- Shipper's Reference (up to 35 characters): _____
- Company Name: Joseph Peter Drennan, Attorney-at-Law
- Address: 218 North Lee Street, Alexandria, Virginia 22314, U.S.A.
- Post/ZIP Code: 22314
- Phone, Fax, or E-mail: joseph@josephpeterdrennan.com

## 3. To (Receiver)
- Company Name: The Islamic Republic of Iran
- Contact Person: Ministry of Foreign Affairs
- Delivery Address (DHL Cannot Deliver to a PO Box): Khomeini Avenue, United Nations Street, Tehran
- Country: Iran
- Post/ZIP Code: _____
- Phone, Fax, or E-mail: _____

## 4. Shipment Details
- Total number of packages: 1
- Total Weight / If DHL Express Document packaging used, enter XD: XD
- Pieces / Length / Width / Height: _____
- lbs

## 5. Full Description of Contents
Give Content and Quantity: 38 pages of legal documents

## 6. Dutiable Shipments Only (Customs requirement)
- Attach the original and four copies of a Proforma or Commercial Invoice.
- Export License No./Symbol (if applicable): _____
- Receiver's VAT/GST or Shipper's EIN/SSN: _____
- Declared Value for Customs (in US $) (as on commercial/proforma invoice): _____
- Schedule B Number / Harmonized Code (if applicable): _____
- AES TRANSACTION NUMBER: _____
- TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary
- Destination Duties/Taxes. If left blank, Receiver pays duties/taxes.
- ☐ Receiver  ☐ Shipper  ☐ Other _____

## 7. Shipper's Authorization (signature required)
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required): Joseph Peter Drennan   Date: 21/04/2006

## 8. Products & Services
- ☐ International Express Envelope
- ☐ Non-Dutiable (International Document Service)
- ☐ Dutiable (Worldwide Priority Express)
- ☐ Other _____

Service Options (extra charges may apply):
- ☐ Saturday Delivery
- ☐ Special Pickup
- ☐ Delivery Notification
- ☐ Signature Required
- Other _____

Global Mail:
- ☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISAL
- ☐ Dom. Priority  ☐ Dom. Standard
- Other _____

**DIMENSIONAL/CHARGEABLE WEIGHT:** _____ lbs

**SERVICES CHARGES:** _____

**Drop Box #:** _____
**TOTAL:** 46.59

**TRANSPORT COLLECT STICKER No.:** _____

**PAYMENT DETAILS (Check, Card No.):**
- No.: CK # 1326
- Type: _____  Expires: _____
- Auth.: _____

**PICKED UP BY:** EVR
**Route No.:** EVR
**Time:** 1930  **Date:** 4-21

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy