UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

**JEFFREY PAUL O'BRIEN,** *et alii,*          :

                                              :

          **Plaintiffs,**

                                              :

  versus                                      Civil Action No.: 06-690 (RCL)

                                              :

**THE ISLAMIC REPUBLIC OF IRAN,** *et alii,*

                                              :

          **Defendants.**                     :

*DECLARATION OF JOSEPH PETER DRENNAN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT THE ISLAMIC REPUBLIC OF IRAN*

   I, Joseph Peter Drennan, do hereby and herewith depose and say as follows, *viz.*:

  1.  That I am counsel of record for your plaintiffs in respect of the above-encaptioned cause and that I am duly authorized and empowered to give this Declaration on behalf of your plaintiffs;

  2.  That, on 17 April 2006, pursuant to the provisions of F. R. Civ. P. 3, I commenced the instant cause against your defendants, *inter alia, by* filing herein your plaintiffs' Complaint;

for Damages against your defendants, *viz.*, the Islamic Republic of Iran and the Iranian Ministry of Information and Security [Document No. 3];

  3.  That, upon the filing of the said Complaint, this Honorable Court did issue a respective Summons as to each of your defendants;

  4.  That, upon the issuance of process against each of your defendants, by the Clerk of this Honorable Court, as adverted to *supra, I* caused to be mailed, to, *inter alios, y*our defendant known as The Islamic Republic of Iran, by carriage of DHL Express ® courier service, the following papers, *viz.*: (a.) Summons & Complaint; (b.)  Notice of Right to Consent to Trial Before a United States Magistrate Judge; (c.) Motion & Memorandum [Document No. 1]and signed Order

1

[Document No. 2] granting Motion of Plaintiffs for Waiver of Local Civil Rule 5.1 (e); (d.) Notice of Related Civil Case [Document No. 4]; (e.) Notice of Suit; & (f.) True and correct, corresponding translations of the aforesaid papers (a.-e.) into the official language and script of the Islamic Republic of Iran, *id est,* the *lingua franca* of its people, *viz.,* Persian (*Farsi*)[1];

    5.   That, as evinced by the Return of Service filed herein on 7 December 2006 [Document No. 8], your defendant known as The Islamic Republic of Iran was duly served with process on 10 May 2006, by reason of the successful delivery of the process, referenced in the foregoing paragraph, to the Iranian Ministry of Foreign Affairs, on said date;

    6.   That the statutorily allotted time within which your said defendant may answer or otherwise move as to the *Complaint* has expired, with your defendant known as The Islamic Republic of Iran not having answered or otherwise moved as to the *Complaint*;

    7.   That beyond my not having received an answer from defendant The Islamic Republic of Iran, or else a motion with regard to the same, neither have I received any communication or request of any sort from any attorney, emissary or representative acting on behalf of, or else at the behest of, The Islamic Republic of Iran;

    8.   That, accordingly, pursuant to the provisions of F. R. Civ. P. 55, your plaintiffs would request that the Clerk of this Honorable Court enter a default as to your defendant known as the Islamic Republic of Iran; &

---

[1] Constitution of the Islamic Republic of Iran, Article 15, which was approved on the twenty-fourth day of *Aban* in the year 1358 of the solar Islamic calendar, corresponding to the twenty fourth day of *Dhilhijja* in the year 1399 of the lunar Islamic calendar, *id est* 15 November 1979, on the Gregorian calendar.

9. That I, Joseph Peter Drennan, undersigned, do certify, hereby and herewith, under the penalties of perjury, that the foregoing is accurate, true & correct.

Dated: 8 December 2006                              Respectfully submitted,


                                                     /s/ Joseph Peter Drennan
                                                    JOSEPH PETER DRENNAN (358196)
                                                    218 North Lee Street
                                                    Alexandria, Virginia 22314
                                                    Telephone: (703) 519-3773
                                                    Telecopier: (703) 548-4399
                                                    *E-Mail: joseph@josephpeterdrennan.com*