UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

**JEFFREY PAUL O'BRIEN,** *et alii,*          :

                                                                  :

          **Plaintiffs,**

                                                                  :

  versus                                                   Civil Action No.: 06-690 (RCL)

                                                                  :

**THE ISLAMIC REPUBLIC OF IRAN,** *et alii,*

                                                                  :

          **Defendants.**                          :

*PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST
DEFENDANT ISLAMIC REPUBLIC OF IRAN*

Dear Madam Clerk:

   In accordance with the provisions of F. R. Civ. P. 55, and, in consideration of, *inter alia,* the Return of Service as to the Summons and Complaint as to Defendant Islamic Republic of Iran [Document No. 8], and the Declaration of the undersigned in support of Default Against Defendant Islamic Republic of Iran [Document No. 9], kindly enter a default as to your defendant known as The Islamic Republic of Iran.

   Thank you for your attention and courtesies.

Dated: 8 December 2006

                                                            Respectfully submitted,


                                                             /s/ Joseph Peter Drennan
                                                            JOSEPH PETER DRENNAN
                                                            218 North Lee Street
                                                            Third Floor
                                                            Alexandria, Virginia 22314
                                                            Telephone: (703) 519-3773
                                                            Telecopier: (703) 548-4399
                                                            *E-Mail: joseph@josephpeterdrennan.com*

                                                            ATTORNEY AND COUNSELLOR
                                                             FOR PLAINTIFFS