Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEFFREY PAUL O'BRIEN, et al.
_____

        Plaintiff(s)

    V.

Civil Action No. 06-690 (RCL)

ISLAMIC REPUBLIC OF IRAN, et al.
_____

        Defendant(s)

RE: ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 10, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of December, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
        Deputy Clerk