UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

**JEFFREY PAUL O'BRIEN,** *et alii,*                :

                                                                                    :

            **Plaintiffs,**

                                                                                    :

 versus                                                                  Civil Action No.: 06-690 (RCL)

                                                                                    :

**THE ISLAMIC REPUBLIC OF IRAN,** *et alii,*

                                                                                    :

            **Defendants.**                          :

*PLAINTIFFS' VERIFIED MOTION TO EFFECTUATE SERVICE OF PROCESS UPON DEFENDANT IRANIAN MINISTRY OF INFORMATION AND SECURITY*

    COMES NOW, before this Honorable Court, your plaintiffs in respect of the above-encaptioned cause, by and through their undersigned attorney and counsellor, *viz.,* Joseph Peter Drennan, and herewith move this Honorable Court for the issuance of an appropriate Order permitting your plaintiffs to effectuate service of process upon your defendant known as the Iranian Ministry of Information and Security through diplomatic channels, and, in support whereof, your plaintiffs would direct the attention of this Honorable Court to the following, *viz.*:

    1. That, upon the institution of the instant cause, on 17 April 2006, your plaintiffs proceeded to attempt to effectuate service of process upon each of your named defendants by means of DHL ® courier service, on 21 April 2007, as per 28 U.S.C., § 1602 (a) (3), as heretofore reported in your plaintiffs' Status Report filed herein on 29 November 2006 [Document 6];

    2. That, as referenced in said Status Report, read together with the subsequent Declaration of Support of Application for Entry of Default against your defendant known as the Islamic Republic of Iran, whereas service of process was, indeed, effectuated by said courier service vis-á-vis your defendant known as Islamic Republic of Iran, such coeval effort to serve the Iranian Ministry of Information and Security was unsuccessful, as, upon information and belief, the Government of the

Islamic Republic had embargoed courier shipments originating in the United States of America;

3. That your defendants and the United States do not have in effect any special arrangement for the service of process upon your defendants, in accordance with the provisions of 28 U.S.C. § 1608(a)(1), nor is service permitted by any applicable international convention under the provisions of 28 U.S.C. § 1608(a)(2).[1]

4. That, accordingly, your plaintiffs hereby request leave of Court to carry out service upon your defendant known as the Iranian Ministry of Information and Security, in accordance with the provisions of 28 U.S.C. §1608(4) by service through diplomatic channels.

WHEREFORE, and for the foregoing reasons, your plaintiffs pray that the instant motion be granted and that an Order be entered permitting your plaintiffs to serve your defendant known as the Iranian Ministry of Information and Security through diplomatic channels.

I, Joseph Peter Drennan, undersigned, hereby solemnly declare, under the penalties of perjury, that the foregoing is true and correct.

Dated: 10 October 2007, at Alexandria, Virginia

Respectfully submitted,

 /s/ Joseph Peter Drennan
JOSEPH PETER DRENNAN
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
E-Mail: joseph@josephpeterdrennan.com

ATTORNEY AND COUNSELLOR
 FOR PLAINTIFFS

---

[1] Neither the Islamic Republic of Iran nor the Iranian Ministry of Information and Security are signatories to the *Convention of the Service Abroad of Judicial and Extra-judicial Documents in Civil or Commercial Matters.*