UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

**JEFFREY PAUL O'BRIEN,** *et alii,*           :

                                                                    :

           **Plaintiffs,**

                                                                    :

   versus                                                    Civil Action No.: 06-690 (RCL)

                                                                    :

**THE ISLAMIC REPUBLIC OF IRAN,** *et alii,*

                                                                    :

           **Defendants.**                             :

*MEMORANDUM IN SUPPORT OF*
*PLAINTIFFS' VERIFIED MOTION TO EFFECTUATE SERVICE OF PROCESS UPON*
*DEFENDANT IRANIAN MINISTRY OF INFORMATION AND SECURITY*

COMES NOW, before this Honorable Court, your plaintiffs in respect of the above-encaptioned cause, by and through their undersigned attorney and counsellor, *viz.,* Joseph Peter Drennan, and, in in support of their accompanying Verified Motion to Effectuate Service of Process Upon Defendant Iranian Ministry of Information and Security, would state further unto this Honorable Court as follows, *viz.*:

WHEREFORE, and for the foregoing reasons, your plaintiffs pray that the instant motion be granted and that an Order be entered permitting your plaintiffs to serve your defendant known as the Iranian Ministry of Information and Security through diplomatic channels.

1. That, upon information and belief, your defendant known as the Iranian Ministry of Information and Security has been refusing all documents sent to it which originate in the United States;

2. That the purpose of the subject service statute, *viz.*, 28 U.S.C. Section 1608, is to provide actual notice to each defendant of the action brought against it, and that, given the existent circumstances, the only practical method of carrying out service against your defendant known as the Iranian Ministry of Information and Security is through diplomatic channels;

3. That your plaintiffs respectfully urge that the subject action requested constitutes the best opportunity to provide actual notice to your defendant known as the Iranian Ministry of Information and Security that the instant suit has been instituted against it; and

4. That, accordingly your plaintiffs respectfully request that the subject, accompanying Motion be granted, thereby permitting your plaintiffs to proceed to effectuate service of process against your defendant known as the Iranian Ministry of Information and Security through diplomatic channels.

Dated: 10 October 2007, at Alexandria, Virginia

Respectfully submitted,

/s/ Joseph Peter Drennan
JOSEPH PETER DRENNAN
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
*E-Mail: joseph@josephpeterdrennan.com*

ATTORNEY AND COUNSELLOR
 FOR PLAINTIFFS