UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

JEFFREY PAUL O'BRIEN, *et alii*,          :

                                                     :

        Plaintiffs,

                                                     :

 versus                                                                 Civil Action No.: 06-690 (RCL)

                                                   :

THE ISLAMIC REPUBLIC OF IRAN, *et alii*,

                                                 :

        Defendants.                   :

FILED
OCT 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*O R D E R*

Upon consideration of the Verified Motion of the Plaintiffs to Effectuate Service of Process Upon Defendant Iranian Ministry of Information and Security through Diplomatic Means, and the Memorandum in Support whereof, and, it appearing to the Court that the said Motion is for good cause shown and in the interests of justice, it is, hereby and herewith,

**ORDERED**, that the Plaintiffs be and they hereby are permitted to proceed with service through diplomatic channels upon Defendant known as the Iranian Ministry of Information and Security, in accordance with the requirements of 28 United States Code Section 1608(4), and it is further

**ORDERED**, that the Clerk of this Court transmit two copies of the Notice of Suit, Summons and Complaint for the Defendant known as the Iranian Ministry of Information and Security, with translation into Farsi, at the expense of the Plaintiffs, to Condoleeza Rice, Secretary of State, Att: Edward A. Betancourt, Director of Special Consular Services, Office of Policy Review and Interagency Liaison, 2201 C Street, NW, Washington, DC 20520, to be transmitted by the Secretary of State through diplomatic channels to the Defendant, the Islamic Republic Of Iran, and it is further,

**ORDERED**, that the Secretary of State shall return to this Court a certified copy of the diplomatic note indicating when the papers were transmitted to the Defendant in accordance with the provisions of 28 United States Code Section 1608(4).

Entered: 10/12/07

Royce C. Lamberth
**United States District Judge**

Copy to:
JOSEPH PETER DRENNAN, ESQUIRE
218 North Lee Street
Third Floor
Alexandria, Virginia 22314